UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| KATHLEEN MILLER, SONDRE BILET, MARK J. HOLLAND and KATHERINE DOOLITTLE,<br><br>Plaintiffs,<br><br>v.<br><br>PALM DESERT INVESTMENTS, PALM DESERT NATIONAL BANK, KEVIN McGUIRE, and DOES 1-10,<br><br>Defendants. | Case No. CV-11-02454 CBM (RZx)<br><br>**RULE 58 ENTRY OF FINAL JUDGMENT** |

Pursuant to the Final Order and Judgment signed by the Court, final judgment is hereby entered for purposes of Rule 58 and/or Rule 79(a) of the Federal Rules of Civil Procedure.

Dated: 6/19/2012

_____
Honorable Consuelo B. Marshall
United States District Court Judge